USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/20/18_____

February 20, 2018

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
Honorable Gregory H. Woods
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:** *In re Banco Bradesco S.A. Securities Litigation*, No. 1:16-cv-04155 (GHW)

Dear Judge Woods:

On behalf of Lead Plaintiff Public Employees' Retirement System of Mississippi ("Plaintiff") in the above-referenced action, we write to request an extension of 21-day deadline for Plaintiff to file a motion to strike any portion of Defendants' answer pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure ("Rule 12"). Defendants' counsel consents to this request.

On January 16, 2018, Defendants submitted an unopposed letter motion requesting an extension of time to answer the complaint (ECF No. 99), which the Court granted (ECF No. 100). Defendants filed their answer to the complaint on January 31, 2018 (ECF No. 101) (the "Answer"). Pursuant to Rule 12, the current deadline for Plaintiff to file a motion to strike any portion of Defendants' Answer is February 21, 2018.

Plaintiff has raised certain issues regarding the sufficiency of Defendants' Answer and the parties are currently conferring in good faith on those issues. To enable the parties to further discuss these issues substantively, and to eliminate or narrow any potential motion practice related to the Answer and promote judicial economy, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file any motion regarding the sufficiency of Defendants' Answer from February 21, 2018 to March 30, 2018. This is Plaintiff's first request to extend the deadline for a motion to strike with respect to Defendants' Answer, and the requested extension will not affect any of the other dates in the Civil Case Management Plan and Scheduling Order that the Court entered on November 22, 2017 (ECF No. 90).

Respectfully,

*/s/ Johnston de F. Whitman, Jr.*
Johnston de F. Whitman, Jr.

Application granted. The deadline for Lead Plaintiff to file any motion regarding the sufficiency of Defendants' answer is extended to March 30, 2018.

SO ORDERED.

Dated:  February 20, 2018
New York, New York

_____
GREGORY H. WOODS
United States District Judge