

February 27, 2018

**VIA ECF**

Honorable Gregory H. Woods
United States District Court for the Southern
District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    Re: *In re Banco Bradesco S.A. Securities Litigation*, No. 1:16-cv-04155 (GHW)

Dear Judge Woods:

    We submit this letter on behalf of Lead Plaintiff Public Employees' Retirement System of Mississippi ("Plaintiff") and Defendants Banco Bradesco S.A., Luiz Carlos Trabuco Cappi, and Luiz Carlos Angelotti ("Defendants"), parties in the above-referenced action. Attached hereto as Exhibit A is the Stipulated Confidentiality Agreement and Protective Order (the "Confidentiality Agreement"), signed by counsel for all parties. Pursuant to Rule 4.C of Your Honor's Individual Rules of Practice in Civil Cases, the attached Exhibit B shows all changes made in the Confidentiality Agreement as compared to the Court's Model Protective Order. Finally, attached as Exhibit C is the Stipulation Regarding the Format of Document Productions referenced in the Confidentiality Agreement at paragraph 3. The parties jointly submit the Confidentiality Agreement and respectfully request that it be so-ordered by the Court.

    Respectfully,

    */s/ Johnston de F. Whitman, Jr.*
    Johnston de F. Whitman, Jr.

cc:    All Counsel of Record (via ECF)

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM