UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANCO BRADESCO S.A. SECURITIES LITIGATION | Civil Case No. 1:16-cv-04155 (GHW)<br><br>ECF CASE |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING PROPOSED CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement dated July 1, 2019 (the "Stipulation") submitted herewith; the Parties' agreed-upon proposed Order Preliminarily Approving Settlement and Providing for Notice and its exhibits; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiff Public Employees' Retirement System of Mississippi hereby moves this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order that will, *inter alia*: (i) preliminarily approve the proposed Settlement of the Action; (ii) provisionally certify the Settlement Class for purposes of effectuating the Settlement; (iii) direct that notice of the Settlement be provided to Settlement Class Members in the forms and manner proposed by Lead Plaintiff; (iv) authorize the retention of Epiq Class Action & Claims Solutions, Inc. as the Claims Administrator; and (v) schedule a date and time for the Settlement Fairness Hearing to consider final approval of the Settlement and related matters.[1] Pursuant to the terms of the Stipulation, this motion is unopposed by the Defendants.

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

Dated: July 1, 2019

**KESSLER TOPAZ MELTZER  
  & CHECK, LLP**

*/s/ Andrew L. Zivitz*
Andrew L. Zivitz
Johnston de F. Whitman, Jr.
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Settlement Class*

**LABATON SUCHAROW LLP**

Johnathan Gardner
Alfred L. Fatale III
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

**GADOW TYLER, PLC**

Jason M. Kirschberg
511 E. Pearl Street
Jackson, MS  39201
Telephone:  (601) 355-0654
Facsimile:  (601) 510-9667

*Additional Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Andrew L. Zivitz*
Andrew L. Zivitz