**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BANCO BRADESCO S.A. SECURITIES LITIGATION | Civil Case No. 1:16-cv-04155 (GHW)<br><br>ECF CASE |

**DECLARATION OF ANDREW L. ZIVITZ IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING PROPOSED CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE TO THE SETTLEMENT CLASS**

I, ANDREW L. ZIVITZ, declare as follows:

1. I am a Partner at the law firm of Kessler Topaz Meltzer & Check, LLP, court-appointed Lead Counsel for Lead Plaintiff and the putative class. I am admitted to practice *pro hac vice* before this Court.

2. I submit this declaration in support of Lead Plaintiff's Unopposed Motion for an Order Preliminarily Approving Proposed Class Action Settlement and Authorizing Dissemination of Notice to the Settlement Class, and I have personal knowledge of the facts set forth herein.

3. Attached as Exhibit A is a true and correct copy of the Stipulation and Agreement of Settlement dated July 1, 2019, with exhibits.

4. Attached as Exhibit B is a true and correct copy of Epiq Class Action & Claims Solutions, Inc.'s securities class action brochure along with a list of securities class actions that Epiq has administered.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2019

*/s/ Andrew L. Zivitz*
Andrew L. Zivitz