UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BANCO BRADESCO S.A. SECURITIES LITIGATION | Civil Case No. 1:16-cv-04155 (GHW)<br><br>ECF CASE |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND CERTIFICATION OF SETTLEMENT CLASS TO EFFECTUATE THE SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice entered July 24, 2019 (ECF No. 197), and upon (i) the Declaration of Johnston de F. Whitman, Jr. in Support of (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Certification of Settlement Class to Effectuate the Settlement; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses and the exhibits thereto; (ii) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation and Certification of Settlement Class to Effectuate the Settlement; and (iii) all other papers and proceedings herein, Court-appointed Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff"), on behalf of itself and the Settlement Class, will and does hereby move this Court, before the Honorable Gregory H. Woods, on November 13, 2019 at 4:15 p.m., in Courtroom 12C of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, or at such other location and time as set by the Court, for entry of a Judgment approving the proposed Settlement as fair, reasonable, and adequate and certifying the Settlement Class for purposes of effectuating the Settlement and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate. A

proposed Judgment and Order granting the requested relief will be submitted with Lead Plaintiff's reply submissions after the deadline for objecting to the Settlement and requesting exclusion from the Settlement Class has passed.

Dated: October 8, 2019

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Johnston de F. Whitman, Jr.*
Andrew L. Zivitz
Johnston de F. Whitman, Jr.
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Lead Counsel for Lead Plaintiff and the Settlement Class*

**LABATON SUCHAROW LLP**

Johnathan Gardner
Alfred L. Fatale III
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Liaison Counsel for Lead Plaintiff and the Settlement Class*

**GADOW TYLER, PLLC**

Jason M. Kirschberg
511 E. Pearl Street
Jackson, MS  39201
Telephone:  (601) 355-0654
Facsimile:  (601) 510-9667

*Additional Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                       */s/ Johnston de F. Whitman, Jr.*
                                                       Johnston de F. Whitman, Jr.